UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GILBERT FLORES, JR.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00834 |
| **LOANDEPOT.COM, LLC,** | § § § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJDUICE

On this the 18th day of September 2024, Defendant LoanDepot.Com, LLC, by and through its undersigned counsel Shelley L. Hopkins and Plaintiff Gilbert Flores, Jr., by and through his undersigned counsel Robert C. Newark, III (collectively, the "Parties"), hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted by Plaintiff against Defendant in this suit are dismissed with prejudice.

Respectfully submitted,

By:   /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
SD ID No. 926469
HOPKINS LAW, PLLC
2802 Flintrock Trace, Suite B103
Austin, Texas 78738
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
SD ID No. 2647781
Shawnika L. Brooks
State Bar No. 24106058

|  |  |
|---|---|
|  | BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP<br>4004 Belt Line Road, Ste. 100<br>Addison, Texas 75001<br>(972) 386-5040<br>RobertFO@bdfgroup.com<br>ShawnikaB@bdgroup.com<br>**ATTORNEYS FOR DEFENDANT** |
| By: | */s/ Robert C. Newark, III*<br>Robert C. Newark, III<br>State Bar No. 24040097<br>1341 W. Mockingbird Lane, Suite 600W<br>Dallas, Texas 75247<br>Tel: (866) 230-7236<br>Fax: (888) 316-3398<br>robert@newarkfim.com<br><br>**ATTORNEY FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

*VIA ECF:*
Robert C. Newark, III
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
robert@newarkfirm.com

**ATTORNEY FOR PLAINTIFF**

　　　　　　　　　　　　　　　　　　　　　*/s/ Shelley L. Hopkins*
　　　　　　　　　　　　　　　　　　　　　Shelley L. Hopkins